B6F (Official Form 6F) (12/07)

In re **Anna A. Makowski**, Case No. **13-48880**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4862367112784089** <br><br>**Capital 1 Bank** <br>**Attn: Bankruptcy Dept.** <br>**Po Box 30285** <br>**Salt Lake City, UT 84130** | - | | **Opened 3/01/08  Last Active 5/01/11** <br>**Credit Card** | | | | 0.00 |
| Account No. **5401683058063972** <br><br>**Chase** <br>**201 N. Walnut St//De1-1027** <br>**Wilmington, DE 19801** | - | | **Opened 9/01/07  Last Active 10/28/13** <br>**Credit Card** | | | | 4,737.00 |
| Account No. **4147202048389686** <br><br>**Chase** <br>**201 N. Walnut St//De1-1027** <br>**Wilmington, DE 19801** | - | | **Opened 3/01/09  Last Active 10/28/13** <br>**Credit Card** | | | | 4,324.00 |
| Account No. **XXXXXXXXXXXXXX3972** <br><br>**Chase Bank Master card** <br>**411 S Schmale Rd.** <br>**CAROL STREAM, IL 60188** | - | | **Credit Card** | | | | 4,629.44 |

__5__ continuation sheets attached

Subtotal (Total of this page)    13,690.44

B6F (Official Form 6F) (12/07) - Cont.

In re **Anna A. Makowski**, Case No. **13-48880**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. XXXXXXXXXXXX6257<br><br>**Chase Bank Master card**<br>**411 S Schmale Rd.**<br>**CAROL STREAM, IL 60188** | | - | 01/1/2011<br>Credit Card This is a business credit card. | | | | 6,170.86 |
| Account No. XXXXXXXXXXXXXXX9686<br><br>**Chase bank VISA**<br>**411 S Schmale Rd.**<br>**CAROL STREAM, IL 60188** | | - | Credit Card | | | | 4,161.43 |
| Account No. 8262250603<br><br>**Citizens Bank**<br>**Attn:Bankruptcy**<br>**443 Jefferson Blvd Ms Rjw-135**<br>**Warwick, RI 02886** | | - | Opened 7/01/06 Last Active 7/12/13 | | | | 1,160.00 |
| Account No. 4507094665<br><br>**Citizens Bank**<br>**Attn:Bankruptcy**<br>**443 Jefferson Blvd Ms Rjw-135**<br>**Warwick, RI 02886** | | - | Opened 1/01/06 Last Active 1/16/07<br>Credit Line Secured | | | | 0.00 |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**POBox 88292**<br>**Chicago, IL 60680-1292** | | - | parking tickets | | | | 0.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,492.29**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anna A. Makowski**, Case No. **13-48880**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>ComED<br>P.O. Box 6111<br>Carol Stream, IL 60197 | | - | utilities | | | | 200.00 |
| Account No. 566247586<br>Comenity Bank/New York & Company<br>Attention: Bankruptcy<br>P.O. Box 182686<br>Columbus, OH 43218 | | - | Opened 10/01/06 Last Active 10/25/06<br>Charge Account | | | | 0.00 |
| Account No.<br>Equifax Credit Information Services<br>Bankruptcy Department<br>P.O Box 740241<br>Atlanta, GA 30374-0241 | | - | for notice information purposes only | | | | 0.00 |
| Account No.<br>Experian<br>Bankruptcy Dept<br>P.O.Box 2002<br>Allen, TX 75013 | | - | for notice information purposes only | | | | 0.00 |
| Account No. 5218531011499846<br>GECRB/Gap<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | | - | Opened 2/12/12 Last Active 2/28/12<br>Credit Card | | | | 0.00 |

Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Anna A. Makowski**, Case No. **13-48880**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6008892486423466<br><br>GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | | - | Opened 6/21/06 Last Active 2/29/12<br>Charge Account | | | | 0.00 |
| Account No.<br><br>Joseph Makowski<br>908 Sussex Rd<br>Carol Stream, IL 60188 | | - | personal loan from ex-husband | | | | 15,300.00 |
| Account No. 2011 D 1674<br><br>Law Firm of Trent & Butcher<br>350 S Schmale Rd., Ste 130<br>CAROL STREAM, IL 60188 | | - | 01/8/2013<br>Legal Bill attorney for my divorce case. | | | | 8,325.00 |
| Account No.<br><br>Linebarger Goggan Blair & Sampson<br>Attorneys at Law<br>P O Box 06152<br>Chicago, IL 60606-0152 | | - | Collection for City of Chicago for parking violations | | | | 300.00 |
| Account No.<br><br>Maryna Gozha<br>908 Sussex Rd<br>Carol Stream, IL 60188 | | - | personal loan | | | | 5,000.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **28,925.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anna A. Makowski**  ,  Case No. **13-48880**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Nicor Gas<br>Bankruptcy Dept<br>POB 2020<br>Aurora, IL 60507-0310 | | - | **Utilities** | | | | 200.00 |
| Account No.<br><br>Peoples Gas<br>Chicago, IL 60687-0001 | | - | **utilities** | | | | 300.00 |
| Account No. **9196352857-1**<br><br>Sallie Mae<br>P.O. Box 9500<br>Wilkes-Barre, PA 18773-9500 | | - | **10/24/2007**<br>**Student Loan This is a parents PLUSLoan. It was given to pay for education of my daughter. I am a co-signer.** | | | | 11,143.95 |
| Account No. **9196352857-1**<br><br>SallieMae-Departm. of Educ. Loan Service<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | | - | **10/24/2007**<br>**Student Loan This is a parents PLUSloan was given to pay for school of my daughter.I am co-signer** | | | | 26,533.19 |
| Account No. **5121075079291782**<br><br>Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117 | | - | **Opened 6/27/06 Last Active 6/28/06**<br>**Credit Card** | | | | 0.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **38,177.14**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anna A. Makowski**                                ,   Case No.   **13-48880**
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5049941408059167** <br><br> **Sears/cbna** <br> **133200 Smith Rd** <br> **Cleveland, OH 44130** | | - | **Opened 12/16/08  Last Active 12/17/08** <br> **Charge Account** | | | | 0.00 |
| Account No. <br><br> **TransUnion** <br> **Bankruptcy Department** <br> **P.O.Box 1000** <br> **Chester, PA 19022** | | - | **for notice information purposes only** | | | | 0.00 |
| Account No. **511507053** <br><br> **Us Bank** <br> **425 Walnut Street** <br> **Cincinnati, OH 45202** | | - | **Opened 11/01/06  Last Active 1/16/07** <br> **Automobile** | | | | 0.00 |
| Account No. **515769114867** <br><br> **Wfs Financial/Wachovia Dealer Srvs** <br> **Po Box 3569** <br> **Rancho Cucamonga, CA 91729** | | - | **Opened 8/01/09  Last Active 9/27/13** <br> **Automobile** | | | | 0.00 |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

Total (Report on Summary of Schedules)    **92,484.87**